# EXHIBIT "A"

Electronically FILED by Superior Court of California, County of Los Angeles on 06/30/2020 05:35 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez,Deputy Clerk

Case 2:21-cv-04566-FMO-JC Document 1-1 Filed 06/03/21 Page 2 of 12 Page ID #:11

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Jon Takasugi

ANDREW KIM, ESQ. (SBN 147015)
**LAW OFFICES OF ANDREW KIM, APC**
3470 Wilshire Blvd., Suite 885
Los Angeles, Calif. 90010
Tel: 213-386-4497
Fax: 213-386-7734

Attorney for Plaintiffs, CONNIE KIM,
an individual, and 9292 BBQ CAFÉ, a Calif. Corp.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| CONNIE KIM, an individual, and 9292 BBQ CAFÉ, a California Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BREAKERS VC, LLC, a limited liability company, dba BKS Prim BBQ, BREAKER DULUTH, LLC, a limited company, BOBBY KIM, an individual, JAE KOOK KIM, an individual, and Does 1 to 10, inclusive, <br><br> Defendants. | CASE NO. 20STCV24755 <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** <br><br> 1. FRAUD AND MISREPRESENTATION <br> 2. BREACH OF CONTRACT <br> 3. TRESPASS <br> 4. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS <br> 5. BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING <br> 6. PRELIMINARY AND PERMANENT INJUNCTION <br> 7. UNJUST ENRICHMENT <br><br> [Unlimited Jurisdiction Case] |

PLAINTIFFS ALLEGE:

1) At all times herein mentioned, plaintiff, CONNIE KIM, an individual, has been residing in the County of Los Angeles, California.

1

2) Plaintiff, 9292 BBQ CAFÉ, is a California corporation with its principal place of business in the County of Los Angeles, California.

3) Plaintiffs are informed and thereon allege that, at all times herein mentioned, defendants, BREAKERS VC, LLC, a limited liability company, dba BKS Prim BBQ and BREAKER DULUTH, LLC, a limited company (hereinafter together "Defendant Corporations"), are limited liability corporations with Korean barbeque buffet style restaurants in different cities in the United States. They operated the BKS BBQ restaurant prior to handing it over to plaintiffs at the end of 2019, in the County of Los Angeles, California. Plaintiffs are informed and thereon allege that, at all times herein mentioned, defendants, BOBBY KIM, an individual, and JAE KOOK KIM, an individual, are officers of defendant corporations.

4) DOES 1-10 are persons or entities that are unknown to plaintiff. Their capacities are unknown. Plaintiffs allege that they are in some way involved in the actions complained of herein as either independent actors or as agents or principals of the other named defendants. Plaintiffs will amend this complaint to allege their true identities, capacities and roles when they are ascertained.

5) On information and belief, at all times herein mentioned herein, defendants and Does 1 through 10, inclusive were acting as the agents and/or employees of each remaining defendant, and acting within the course and scope of said agency and/or employment, and that each fictitiously named defendant is responsible in some manner for the occurrences herein alleged and that plaintiffs' damages as herein alleged were approximately caused by such defendants and each of them.

## FIRST CAUSE OF ACTION
## (FRAUD AND MISREPRESENTATION)

6) Plaintiffs incorporate herein and reallege paragraph 1 through 5 as though fully set forth herein.

7) On or about Dec. 12, 2019, plaintiff, CONNIE KIM, and defendant, BOBBY KIM, entered into a partnership agreement wherein both parties agreed to cooperate in the operation of BKS Korean BBQ restaurant at the premises of 695 S. Vermont Ave., Suite 110ST, Los Angeles, Calif. 90005. The partnership agreement and subsequent amendments are attached hereto as Exhibit.

8) During the negotiation for the partnership agreement, defendants BREAKERS VC, LLC, a limited liability company, dba BKS Prim BBQ, BREAKER DULUTH, LLC, a limited company, BOBBY KIM, an individual, JAE KOOK KIM, an individual, and Does 1 to 10, inclusive, did not disclose several material facts and/or intention, among them, the fact that there are more then one hundred thousand dollars of delinquent lease payments already incurred by defendants prior to the partnership agreement with plaintiffs. Defendants failed to disclose them in order to induce plaintiffs to enter into the partnership agreement. Had plaintiffs known the foregoing facts, they would not have entered into the partnership agreement.

9) Plaintiffs are informed and thereon alleges that, in committing the acts hereinabove alleged, defendants and each of them acted with the specific intent to commit fraud, and that defendants and each of them acted with the specific intent to commit fraud, and that they have engaged in a pattern of conduct wherein they lured plaintiffs to enter into the partnership agreement and to operate the Korean BBQ business under the name of BKS Korean BBQ.

10) As a direct and proximate result of aforementioned fraudulent conducts of defendants and each of them, plaintiffs have suffered damages in the amount of half million ($500,000.00) dollars.

11) In doing the things hereinabove alleged, said defendants acts with malice, oppression, willfulness and fraud and therefore warrant an assessment of punitive damages in an amount appropriate to punish defendants and deter others from engaging in similar misconduct.

## SECOND CAUSE OF ACTION
## (BREACH OF WRITTEN CONTRACT)

12) Plaintiffs reallege above paragraphs 1 through 11 as though fully set forth herein at length.

13) After entering into partnership agreement with defendants, plaintiffs fully performed each and every terms and conditions contained therein.

14) Defendants and each of them breached the partnership agreement by failing to honor the terms and conditions of the agreement, including but not limited to, failing to pay for the electricity bills, maintenance fees, changing the locks to the business premises at 695 S. Vermont Ave., Suite 110ST, Los Angeles, CA 90005, interfering with plaintiffs' relationship with employes, spreading false, derogatory information to outsiders and even taking out without authorization whole bunch of business documents, books and records, from the premises

15) Due to above breach by defendants and each of them, plaintiffs have been damaged in the sum of half million dollars.

## THIRD CAUSE OF ACTION
## (TORTIOUS INTERFERANCE WITH BUSINESS)

16) Plaintiffs reallege above paragraphs 1 through 15 as though fully set forth herein at length.

17) After entering into written partnership agreement with defendants, plaintiffs fully performed each and every terms and conditions contained therein.

18) On the other hand, defendants and each of them tortiously interfered with the business operation of plaintiff with, among others, the following actions.

a) by continuously posting unflattering and embarrassing messages against plaintiffs on the business premises where customers can see,

b) by harassing plaintiffs about payment issues in an extreme manner,

c) by contacting different service vendors to plaintiffs business and divulging business secrets and other untrue statement about plaintiffs,

d) by encouraging different product vendors not to deal with plaintiffs,

e) by failing to pay for the electricity bills and maintenance fees,

f) by unilaterally changing the locks to the business premises at 695 S. Vermont Ave., Suite 110ST, Los Angeles, CA 90005,

g) by interfering with plaintiffs' relationship with employees,

h) by spreading false, derogatory information to outsiders, and

i) by even taking out without authorization whole bunch of business documents, books and records, from the premises.

19) Due to above misconducts by defendants and each of them, plaintiffs have been damaged in the sum of half million dollars.

20) In doing the things hereinabove alleged, said defendants acts with malice, oppression, willfulness and fraud and therefore warrant an assessment of punitive damages in an amount appropriate to punish defendants and deter others from engaging in similar misconduct.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## FOURTH CAUSE OF ACTION

### (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

21) Plaintiffs reallege above paragraphs 1 through 20 as though fully set forth herein at length.

22) By acting as described above, defendants and each of them knew or should have known that those conducts will cause emotional distress on plaintiffs.

23) Despite such knowledge, defendants and each of them intentionally acted to cause emotional distress upon plaintiffs.

24) As a direct and proximate result of aforementioned conducts of defendants and each of them, plaintiffs have suffered physical and emotional damages in the amount of half million ($500,000.00) dollars.

25) In doing the things hereinabove alleged, said defendants acts with malice, oppression, willfulness and fraud and therefore warrant an assessment of punitive damages in an amount appropriate to punish defendants and deter others from engaging in similar misconduct.

## FIFTH CAUSE OF ACTION

### (BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING)

26) Plaintiffs reallege above paragraphs 1 through 25 as though fully set forth herein at length.

27) After entering into written partnership agreement with defendants, plaintiffs fully performed each and every terms and conditions contained therein.

28) On the other hand, defendants and each of them breached the implied covenant of good faith and fair dealing contained with the partnership agreement by acting as described above.

29) Due to above breach by defendants and each of them, plaintiffs have been damaged in the sum of half million dollars.

## SIXTH CAUSE OF ACTION
## (PRELIMINARY AND PERMANENT INJUNCTION)

30) Plaintiffs reallege above paragraphs 1 through 29 as though fully set forth herein at length.

31) Unless enjoined, defendants will continue to act in the manner in which plaintiffs' interest and right in the BKS BBQ business will be in danger of irreparably damaged.  There is no adequate remedy at law of adequate monetary relief under the facts set forth herein.

32) Great and irreparable harm will result if the temporary restraining order and preliminary injunction are not issued to prevent defendants and each of them from continuing to act in the manner that is damaging to the partnership's business interest.

33) Plaintiffs have no plain, speedy, and adequate remedy at law.  It will be impossible for plaintiffs to determine the precise amount of damage that it will suffer if defendants' conduct is not restrained.

## SEVENTH CAUSE OF ACTION
## (UNJUST ENRICHMENT)

34) Plaintiffs reallege above paragraphs 1 through 33 as though fully set forth herein at length.

35) By acting in the manner alleged above, defendants unjustly enriched themselves and thereby caused damages to plaintiffs in the amount of half million dollars.

WHEREFORE, PLAINTIFFS PRAY FOR JUDGMENT IN THEIR FAVOR AS FOLLOWS:

**FOR THE FIRST, THIRD AND FOURTH CAUSES OF ACTION**

1) For the compensatory damage in the amount of half million dollars.
2) For punitive damages.

**FOR THE SECOND, FIFTH AND SEVENTH CAUSES OF ACTION**

3) For the compensatory damage in the amount of half million dollars.

**FOR THE SIXTH CAUSES OF ACTION**

4) For the temporary restraining order, preliminary and permanent injunction against defendants and each of them.

**FOR ALL CAUSES OF ACTION**

5) For costs of suit herein incurred; and
6) For such other damages as the court deems appropriate in the interest of justice.

Dated: March 10, 2020

LAW OFFICES OF ANDREW KIM, APC

ANDREW KIM, Attorney for Plaintiffs,
CONNIE KIM, an individual, and
9292 BBQ CAFÉ, a California Corporation,

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare as follows:

1. I am over the age of 18 and not a party to the within action.

2. My business address is 660 S. Figueroa St., Suite 1960, Los Angeles, CA 90017 which is located in the city, county and state where the mailing described below took place.

3. On June 2, 2021, I caused to have deposited by United States Mail at Los Angeles, California in Los Angeles County, a copy of the following documents:

**NOTICE AND PETITION FOR REMOVAL OF ACTION**

4. ☒ I am "readily familiar" with this firm's business practice for the collection and processing of correspondence for mailing with the United States Postal Service ("USPS"). Correspondence so collected and processed is deposited with the USPS that same day with postage thereon fully prepaid at Los Angeles, California. Each sealed envelope was placed for collection and mailing on that date following ordinary business practices.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I also mailed the foregoing listed documents in the foregoing manner to all individuals listed on the closed service list.

5. ☒ **[by ELECTRONIC SUBMISSION]** I emailed the foregoing document to the individuals listed on the following service list.

6. These documents were addressed to the following parties:

| Andrew Kim, Esq. (SBN 147015)<br>LAW OFFICES OF ANDREW KIM, APC<br>3470 Wilshire Blvd., Suite 885<br>Los Angeles, CA 90010<br>Tel: 213-386-4497<br>Fax: 213-386-7734<br>andrewkkimlawyer@gmail.com | Attorney for Connie H. Kim and 9292 BBQ CAFÉ |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2021, at Los Angeles, California.

| _____Irene Quinonez_____<br>Print Name | By: *Irene Quinonez*<br>Signature |
|---|---|

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare as follows:

1. I am over the age of 18 and not a party to the within action.

2. My business address is 660 S. Figueroa St., Suite 1960, Los Angeles, CA 90017 which is located in the city, county and state where the mailing described below took place.

3. On June 2, 2021, I caused to have deposited by United States Mail at Los Angeles, California in Los Angeles County, a copy of the following documents:

**DECLARATION OF KENNETH H. HAN**

4. ☒ I am "readily familiar" with this firm's business practice for the collection and processing of correspondence for mailing with the United States Postal Service ("USPS"). Correspondence so collected and processed is deposited with the USPS that same day with postage thereon fully prepaid at Los Angeles, California. Each sealed envelope was placed for collection and mailing on that date following ordinary business practices.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I also mailed the foregoing listed documents in the foregoing manner to all individuals listed on the closed service list.

5. ☒ **[by ELECTRONIC SUBMISSION]** I emailed the foregoing document to the individuals listed on the following service list.

6. These documents were addressed to the following parties:

| | |
|---|---|
| Andrew Kim, Esq. (SBN 147015)<br>LAW OFFICES OF ANDREW KIM, APC<br>3470 Wilshire Blvd., Suite 885<br>Los Angeles, CA 90010<br>Tel: 213-386-4497<br>Fax: 213-386-7734<br>andrewkkimlawyer@gmail.com | Attorney for Connie H. Kim and 9292 BBQ CAFÉ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2021, at Los Angeles, California.

     Irene Quinonez                        By: *Irene Quinonez*
       Print Name                                      Signature

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare as follows:

1. I am over the age of 18 and not a party to the within action.

2. My business address is 660 S. Figueroa St., Suite 1960, Los Angeles, CA 90017 which is located in the city, county and state where the mailing described below took place.

3. On June 2, 2021, I caused to have deposited by United States Mail at Los Angeles, California in Los Angeles County, a copy of the following documents:

**DECLARATION OF BOBBY KIM**

4. ☒ I am "readily familiar" with this firm's business practice for the collection and processing of correspondence for mailing with the United States Postal Service ("USPS"). Correspondence so collected and processed is deposited with the USPS that same day with postage thereon fully prepaid at Los Angeles, California. Each sealed envelope was placed for collection and mailing on that date following ordinary business practices.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I also mailed the foregoing listed documents in the foregoing manner to all individuals listed on the closed service list.

5. ☒ **[by ELECTRONIC SUBMISSION]** I emailed the foregoing document to the individuals listed on the following service list.

6. These documents were addressed to the following parties:

| | |
|---|---|
| Andrew Kim, Esq. (SBN 147015)<br>LAW OFFICES OF ANDREW KIM, APC<br>3470 Wilshire Blvd., Suite 885<br>Los Angeles, CA 90010<br>Tel: 213-386-4497<br>Fax: 213-386-7734<br>andrewkkimlawyer@gmail.com | Attorney for Connie H. Kim and 9292 BBQ CAFÉ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2021, at Los Angeles, California.

    Irene Quinonez                 By: *Irene Quinonez*
      Print Name                                   Signature